**Order entered February 27, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00092-CR**

**SYED SARTAJ NAWAZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81120-2017**

**ORDER**

On February 19, 2020, we ordered court reporter Sheri Vecera not to sit until she filed a supplemental reporter's record of the September 30, 2016 hearing on the pre-indictment application for writ of habeas corpus seeking a bond reduction. On February 26, 2020, a supplemental reporter's record on the hearing was filed.

We **VACATE** our February 19, 2020 order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Sheri Vecera, official court reporter; Collin County Auditor's Office; and counsel for all parties.

/s/   LANA MYERS
PRESIDING JUSTICE